429 A.2d 69

Commonwealth v. Richardson, Appellant.

Submitted December 6, 1979.  William B. Richardson, appellant, in propria persona;  Gordon E. Stroup, District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and EAGEN, JJ.*

Judgment of sentence affirmed.